■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL IGARTUA, Appellant.—Judgment, Supreme Court, Bronx County (Peggy Bernheim, J.), rendered on July 11, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agreed with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Murphy, P. J., Kupferman, Ross, Rosenberger and Wallach, JJ.